PER CURIAM.

(No. 75-CC-357—)

MASTER AURORA SUPPLY CO., DIV., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed December 31, 1974.*

MASTER AURORA SUPPLY CO. DIV., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.